NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


OSCAR DOPICO,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-1495
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine-
Thomas, Judge.

Oscar Dopico, pro se.

Ashley Moody, Attorney
General, Tallahassee, for Appellee.



PER CURIAM.


            Affirmed.


KELLY, VILLANTI, and MORRIS, JJ., Concur.